170 A.3d 322

ANGELO TORRES, PLAINTIFF-RESPONDENT, v. LATIN AMERI-
CAN COUNCIL OF PENTECOSTAL CHURCH OF GOD, INC., DE-
FENDANT, AND CITY OF CAMDEN, DEFENDANT-PETITIONER.

July 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004303–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.

170 A.3d 323

ANNIE ABRAMS, PLAINTIFF, v. BOOM BURGER, DEFENDANT.

July 10, 2017

ORDER

It is ORDERED that the motion of Ratan R. Park, LLC to
expand the record (M–1432) is granted; and it is further

ORDERED that the motion for leave to appeal (M–1433) is
granted and the matter is summarily remanded to the Superior
Court, Appellate Division to consider the appeal on the merits on
an expedited schedule. Jurisdiction is not retained.